J. S. & W. T. Davidson, for plaintiff in error.

Leonard Phinizy, for defendants.

---

### FERRILL *vs.* MARKS.

EJECTMENT, FROM RICHMOND. New trial. Practice in Superior Court. (Before Judge Roney.)

Blandford, J.—1. It is not competent for a judge of the Superior Court, sitting in chambers, to entertain an original motion for a new trial, where no prior action has been taken in term time. 55 Ga., 344.

2. If the motion in this case had originated at the proper term, the affidavits to sustain it do not show that, if the plaintiff had been present at the trial, a different result would have been reached, nor that he was without fault in not being at the trial; and the motion was properly overruled.

Judgment affirmed.

Adolph Brandt, for plaintiff in error.

F. W. Capers, Jr., for defendant.